NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

————————————

**DUSTI KELLY-FLEMING, JOHN FLEMING,** AND
**TECLARC, INC.,**
*Plaintiffs-Appellants,*

**v.**

**THE CITY OF SELMA, TEXAS,**
*Defendant-Appellee.*

————————————

2014-1231

————————————

Appeal from the United States District Court for the
Western District of Texas in No. 5:10-cv-00675-XR, Judge
Xavier Rodriguez.

————————————

**ON MOTION**

————————————

**O R D E R**

The appellants move for a 90-day extension of time,
until June 11, 2014, to file their principal brief.

The court stayed the briefing schedule on March 13,
2014, until the parties respond to the order to show cause.
Thus, because no briefs are now due, the motion for an
extension of time is unnecessary.

2                    KELLY-FLEMING v. THE CITY OF SELMA, TEXAS

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as unnecessary. No briefs are due at this time.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27